CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOUTON FAR EAST PTE LTD.,

                    Plaintiff,

    v.

SHIVNATH RAI HARNARAIN (INDIA) LTD.,

                    Defendant.
-----------------------------------------------------------------X

08 CV _____

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff TOUTON FAR EAST PTE LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       June 12, 2008

                                CHALOS, O'CONNOR & DUFFY, LLP
                                Attorneys for Plaintiff

        By:       _____
                                Eugene J. O'Connor (EO-9925)
                                Timothy Semenoro (TS-6847)
                                366 Main Street
                                Port Washington, New York 11050
                                Tel: (516) 767-3600 / Fax: (516) 767-3605