CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TOUTON FAR EAST PTE LTD.,

     Plaintiff,

  v.

SHIVNATH RAI HARNARAIN (INDIA) LTD.,

     Defendant.
-----------------------------------------------------------X

08 CV 5375 (GBD)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

  PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

  FURTHERMORE, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant SHIVNATH RAI HARNARAIN (INDIA) LTD., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated June 12, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released as per the original wiring instructions for each of the respective transfers that were attached; and said attachments are vacated.

Dated: Port Washington, New York
July 10, 2008

                                  CHALOS, O'CONNOR & DUFFY
                                  Attorneys for Plaintiff

By: _____
                                  Eugene J. O'Connor (EO-9925)
                                  Timothy Semenoro (TS-6847)
                                  366 Main Street
                                  Port Washington, New York 11050
                                  Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED: JUL 1 1 2008

_____
Hon. George B. Daniels, U.S.D.J.
**HON. GEORGE B. DANIELS**